## CHERYL A. FELTT *v.* TERRY A. FELTT
## (AC 19347)

Foti, Lavery and Hennessy, Js.

Submitted on briefs November 3—officially released November 23, 1999

Per Curiam. The judgment is affirmed.

## BEVERLY DURHAM *v.* OSCAR DURHAM
## (AC 19579)

O'Connell, C. J., and Spear and Mihalakos, Js.

Submitted on briefs November 3—officially released November 23, 1999

Per Curiam. The judgment is affirmed.